# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE AVILA, individually and on behalf of all other similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>QUICK JOB FINDER LLC,<br><br>           Defendant. | Case No. 4:26-cv-05386-AMO<br><br>District Judge: Araceli Martinez-Olguin<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: June 4, 2026 |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Quick Job Finder's deadline to answer, move, or otherwise to respond to Plaintiff's Complaint is extended by thirty (30) days, up to and including July 30, 2026.

DATED: \_\_\_\_7/1/2026\_\_\_\_

_____
HONORABLE ARACELI MARTINEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

1

[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S
RESPONSIVE PLEADING DEADLINE

Case No. 4:26-CV-05386-AMO